UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE DAVID S. DOTY/MAGISTRATE JUDGE JOHN M. MASON

Richard Ellwanger,

Plaintiff,

vs.

Equifax Credit Information Services, Inc.
d/b/a Equifax Risk Management Services,

Defendant.

Court File No.: 01-CV-722 DSD/JMM

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Dismissal with Prejudice, and upon all the files and proceedings herein, it is hereby ordered as follows:

1. That the above-entitled matter is hereby dismissed, with prejudice, and on the merits, without costs to either party.

Let Judgment be entered accordingly.

Dated: 7/16/01

Judge of District Court
David S. Doty

FILED 7-16-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7-16-01
Deputy Clerk's Initials ______